**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Shannon Trauscht ) | |
| ) | Case No:  14 B 21937 |
| ) | Judge:    Hunt |
| ) | Chapter   13 |
| Debtor ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Shannon Trauscht, 903 Purdue Ln, Matteson, IL 60443
**See Attached Service List**

PLEASE TAKE NOTICE that on July 15, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Hunt, or any other Bankruptcy Judge presiding in her place in Courtroom 719 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, on or before June 18, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-21937<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun 18 19:59:55 CDT 2019 | BMO HARRIS BANK NA<br>PO BOX 2035<br>MILWAUKEE, WI 53201-2035 | Recovery Management Systems Corp<br>PO Box 12931<br>Norfolk, VA 23541-0931 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ashley Stewart<br>Comenity<br>Po Box 182124<br>Columbus, OH 43218-2124 | BMO HARRIS BANK NA<br>770 N WATER ST, BRK-180-RC<br>MILWAUKEE, WI 53202-0002 |
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8175 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Blatt Hasenmiller Leibsker & Moore<br>125 South Wacker Dr<br>Suite 400<br>Chicago, IL 60606-4440 |
| Blitt and Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090-6017 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital Recovery V, LLC<br>PO BOX 12931<br>Norfolk, VA 23541-0931 |
| Cath/soanb<br>1103 Allen Drive<br>Milford, OH 45150-8763 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Chase Mht Bk<br>Attn:Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Fashion Bug<br>Po Box 84073<br>Columbus, GA 31908-4073 | First National Bank<br>Attention:FNN Legal Dept<br>1620 Dodge St. Stop Code: 3290<br>Omaha, NE 68197-0003 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Ge Capital Retail Bank/Amazon<br>PO BOX 960061<br>Orlando, FL 32896-0061 | Gecrb/Amazon<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gecrb/best Buy<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Harris N.a.<br>Bankruptcy Dept.-Brk-1<br>770 N Water Street<br>Milwaukee, WI 53202-0002 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Hsbc/bstby<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Hsbc/carsn<br>Po Box 15521<br>Wilmington, DE 19850-5521 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |

| | | |
|---|---|---|
| Kohls/chase<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Victoria's Secret<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 |
| Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Shannon C Trauscht<br>903 Purdue Lane<br>Matteson, IL 60443-1549 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | Jefferson Capital Systems LLC<br>Purc From JH Portfolio Debt Equities LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>(CAPITAL ONE)<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to CITIBANK, N.A.<br>(SEARS CHARGE PLUS)<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>successor to HSBC BANK NEVADA, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to SYNCHRONY BANK<br>PO Box 41067<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMO Harris Bank N.A.

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Shannon Trauscht** ) | |
| ) | **Case No:  14 B 21937** |
| ) | **Judge:    Hunt** |
| ) | **Chapter   13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

    Now comes Shannon Trauscht (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

    1.    On June 11, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

    2.    This Honorable Court confirmed the Debtor's Chapter 13 plan on September 3, 2014.  The confirmed plan called for payments of $340.00 for 60 months, paying unsecured creditors 38% on their claims. At the time of filing, Debtor was under median.

    3.    Debtor's confirmed plan called to pay 38% of the general unsecured creditors. This percentage was based on Debtor's equity in her real estate which required her to pay at least $14,869.89 to the general unsecured creditors. The total unsecured creditors listed on schedule F at the time of filing amounted to $39,131.28. The confirmed plan projected to pay $14,869.89 which amounted to a 38% dividend to general unsecured creditors. The general unsecured creditors that filed claims in the Debtor's case amounted to $63,179.18. The $14,869.89(Chapter 7 Liquidation Analysis) is 23% of the general unsecured allowed claims.

4.  Debtor requests to modify the confirmed plan to decrease the minimum dividend to general unsecured creditors from 38% to 23%.

5.  The 38% dividend to general unsecured creditors in the confirmed plan was based on the scheduled claims only.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Decreasing the minimum dividend to 23% to general unsecured creditors; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica M. Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001